UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD ROQUE
                                                                PRISONER
    V.                                                    CASE NO. 3:01CV1808 (JCH) (HBF)

JOHN ARMSTRONG, ET AL.

### ORDER

On May 15, 2003, the defendants filed a motion to dismiss in this action. On June 13, 2003, the court granted the plaintiff an extension of time until August 14, 2003, to file a response to the defendants' motion and to file a third amended complaint. On August 8, 2003, the court granted the plaintiff an extension of time until October 13, 2003, to respond to the defendants' motion and file a third amended complaint. To date, the plaintiff has not responded to the motion.

The court again gives express notice to the pro se plaintiff that "[f]ailure to submit a memorandum in opposition to [the] motion [to dismiss] may be deemed sufficient cause to grant the motion," Rule 7(a), D. Conn. L. Civ. R., and if the plaintiff fails to file an opposition to the motion to dismiss on or before **February 9, 2004**, the defendants' motion may be granted at that time. See generally Ruotolo v. IRS, 1994 WL 282968, *2 (2d Cir. June 24, 1994) (court has obligation to make certain that pro se litigants are aware of the local rules and understand the consequences of the failure to comply with such rules).

Accordingly, the plaintiff is directed to file his response to the motion to dismiss and his third amended complaint on or before **February 9, 2004**. The court understands that an attorney from the Inmates' Legal Assistance Program is assisting the plaintiff with the

filing an amended complaint and responding to the motion to dismiss. The Clerk is directed to send a copy of this order to the plaintiff and Attorney Kenneth Speyer, Inmates' Legal Assistance Program, P.O. Box 260237, Hartford, CT 06126.

SO ORDERED this 22 day of January, 2004 at Bridgeport, Connecticut.

___/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge