FILED

FEB 0 2 2004

2004 FEB -2  P 4: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE,<br>*Plaintiff* | : | PRISONER CASE<br>Civil No. 3:02CV1808 (JCH) |
| VS. | : | |
| JOHN ARMSTRONG, *et. al.*,<br>*Defendants* | : | January 2 9 , 2004 |

## MOTION TO ADD DEFENDANT

The Plaintiff, Richard Roque, *pro se*, respectfully moves that the State of Connecticut, Department of Correction be added as a Defendant in this case.

The Plaintiff is a prison inmate, in the custody and control of the Department of Correction. The Plaintiff, who suffers from both physical and mental disabilities, originally filed this action without assistance from legal counsel, seeking both monetary damages and injunctive relief. In particular, the Plaintiff sought and continues to seek an order that the Department of Correction make reasonable accommodations for his medical disabilities, including cell assignments which do not routinely the daily use of stairs, reasonable opportunities to shower for personal hygiene, a small additional time to walk from one required location to another within the prison, and appropriate medical treatment, all as required by the Americans with Disabilities Act, 42 U.S.C. §12101 *et. seq.*; the Rehabilitation Act of 1973, 29 U.S.C. § 791 *et. seq.*; and the

Eighth Amendment of the United States Constitution. The Plaintiff also seeks monetary damages for past and ongoing violations of these rights.

The Plaintiff named the Defendant John Armstrong, Commissioner of the Department of Correction, as a Defendant in this action. Said Defendant has appeared and defended this action, ably represented by the Connecticut Attorney General's Office. Said Office also routinely represent the State of Connecticut in actions brought against the State in this Court. The Attorney General is authorized and required to "appear for the *state* ... in all suits and other civil proceedings ... in which the *state* is a party or is interested ...; and all such suits shall be conducted by him or under his direction." Conn. Gen. Stat. §3-125.

In naming the Commissioner of Correction as a Defendant in this action, the Plaintiff attempted to follow the usual procedure for federal lawsuits brought by prison inmates, concerning unlawful conditions of incarceration. The Plaintiff, acting *pro se* and without benefit of legal assistance, was unaware that actions brought pursuant to the Americans with Disabilities Act and/or the Rehabilitation Act of 1973 should name the State as defendant, while actions pursuant to 42 U.S.C. §1983, which is also invoked, should name the responsible officer of the State. See, *e.g., Pennsylvania v. Yeskey*, 524 U.S. 206 (1998); *Beckford v. Irvin*, 49 F. Supp. 2d

170 (W.D.N.Y., 1999). This technical distinction does not alter the factual issues in this case, nor the substance of the relief sought by the Plaintiff.

As able counsel for the State of Connecticut is already defending this case, addition of the State as a named defendant will not delay this action. This addition will avoid delay by simplifying the factual issues in this action, as it will no longer be necessary to prove the degree of personal knowledge and involvement of each individual Defendant in each element of the Complaint. This addition will further eliminating possible technical obstacles to this Court's fashioning full and proper relief in this action, under both the ADA and 42 U.S.C. §1983.

Wherefor the Plaintiff respectfully moves that the State of Connecticut, Department of Correction be added as a Defendant in this action.

Respectfully submitted,

X /s/ Richard Roque

Richard Roque, Plaintiff, *pro se*
Inmate # 202380
Radgowski CI
982 Norwich-New London Tpke
P.O. Box 980
Uncasville, CT 06382

The undersigned, although not authorized to appear herein, has assisted in preparing this Motion.

Kenneth J. Speyer, Esq.,
Staff Attorney
Inmates' Legal Assistance Program
78 Oak Street
P. O. Box 260237
Hartford, CT 06106-0237
(800) 301-4527 or (860) 246-1118

I hereby certify that a true copy of the foregoing was mailed on  Jan. 29 , 2004, to:

Atty. Perry Zinn-Rowthorn
Special Litigation
Attorney General's Office
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120

Attorney General's Office - Public Safety
110 Sherman Street
Hartford, CT 06105

X Richard Roque
Richard Roque
Inmate # 202380
Radgowski CI
982 Norwich-New London Tpke
P.O. Box 980
Uncasville, CT 06382

4