FILED

2004 FEB -5  P 4: 37

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER<br>CIVIL NO. 3:02CV1808 (JCH) (HBF) |
| V. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | FEBRUARY 4, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants, in the above-captioned case, in lieu of the appearance of Assistant Attorney General Peregrine A. Zinn Rowthorn.

Dated at Hartford, Connecticut, this 4th day of February 2004.

DEFENDANTS
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Neil Parille
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
E-Mail: neil.parille@po.state.ct.us
Federal Bar #ct15278

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of February 2004:

Richard Roque #202380
Corrigan/Radgowski Correctional Center
982 Norwich-New London Turnpike
Uncasville, CT 06382

AAG Perry Zinn Rowthorn
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

_____
Neil Parille
Assistant Attorney General