UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUE | : |
| | :    PRISONER CASE NO. |
| v. | :    3:02-cv-1808 (JCH) (HBF) |
| | : |
| JOHN ARMSTRONG, ET AL. | :    MARCH 10, 2004 |

## RULING AND ORDER

Pending before the court is the defendants' motion to dismiss [Dkt. No. 21] and the plaintiff's motion for leave to add a defendant. [Dkt. No. 27]  For the reasons set forth below, the motion for leave is granted and the motion to dismiss is denied without prejudice.

The plaintiff seeks leave to file an amended complaint to add the State of Connecticut Department of Correction as a defendant and add claims under the Americans With Disabilities Act and the Rehabilitation Act.  The motion to add [Dkt. No. 27] is granted absent objection.  In light of the court's decision to grant the plaintiff's motion to add defendant and the plaintiff's filing of a third amended complaint [doc. # 29], the defendants' motion to dismiss is denied without prejudice to renewal.

Pursuant to Rule 16©) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendants shall file answer to the third amended complaint [Dkt. No. 29] within thirty (30) days of the date of this order. **Failure to respond to the amended complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within four months (120 days) of the date of this order. Discovery requests need not be filed with the court.

3. All motions for summary judgment must be filed within five months (150) days of the date of this order.

4. Pursuant to Local Civil Rule 9(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

## CONCLUSION

The Motion for Leave to Add the State of Connecticut as a defendant [Dkt. No. 27] is GRANTED. The Motion to Dismiss [Dkt. No. 22] is DENIED without prejudice to renewal.

**SO ORDERED**.

Dated at Bridgeport, Connecticut, this 10th day of March, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge