UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER |
| | : | |
| | : | CASE NO. 3:02CV1808 (JCH) |
| V. | : | |
| | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : | APRIL 8, 2004 |

## ANSWER

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the defendants hereby answer the plaintiff's third amended complaint dated March 2, 2004 as follows:

1. Admitted.

2. Admitted that defendant Armstrong was the Commissioner of Correction. The plaintiff is left to his proof as to the remainder of the allegations contained in this paragraph.

3. Admitted that the defendants are or were employees of the State of Connecticut. The plaintiff is left to his proof as to the remainder of the paragraph.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted

9. Denied.

10. Admitted that jurisdiction is asserted under said section. Denied as to the remainder.

11. Admitted that the Connecticut Department of Correction receives funds from the federal government for the operation of specific programs within the DOC. Denied that the DOC or specific facilities such as Cheshire receive funds for their operation.

12. Admitted that the plaintiff is an inmate under the custody of the Commissioner of Correction. Denied as to the remainder of the paragraph.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Admitted.

18. Denied. The plaintiff is left to his proof.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Admitted.

25. Admitted.

26. Denied.

27. Denied.

28. The defendants lack sufficient information to answer this question due to its vagueness. The plaintiff is left to his proof.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Admitted

39. Admitted.

40. Denied.

41. Admitted.

42. Denied.

43. Denied.

44. Admitted.

45. Denied.

46. Denied.

47. Denied.

48. Admitted.

49. Denied.  The plaintiff does not specify who this "appropriate correctional officer" is.

50. Denied.

51. Denied.

52. Denied.

53. Admitted.

54. Denied.

55. Denied

56. Admitted that the University of Connecticut Health Center examines and treats inmates under the custody of the Connecticut Department of Correction when medically necessary. However, when an inmate's medical needs can be addressed by the facility (as in this case) the UCONN Health Center does not treat the inmate.

57. Admitted.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

## **REQUEST FOR RELIEF**

a. Denied.

b. Denied.

c. Denied.

## AFFIRMATIVE DEFENSES

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the defendants raise the following affirmative defenses to the allegations contained in the plaintiff's complaint.

## FIRST AFFIRMATIVE DEFENSE

At all times relevant to this lawsuit, the defendants, in their individual capacity, carried out their duties with the reasonably good faith belief that they were acting lawfully, and therefore are entitled to qualified immunity.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff has failed to state a claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

The defendants are immune from judgment in their official capacity pursuant to the Eleventh Amendment to the United States Constitution.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act.

## FIFTH AFFIRMATIVE DEFENSE

To the extent that the complaint seeks equitable relief and/or recovery of money damages from the defendants for alleged negligence, this court lacks subject matter jurisdiction over the dispute upon the basis of the doctrine of sovereign immunity.

**SIXTH AFFIRMATIVE DEFENSE**

Absent an allegation of permission to sue the State of Connecticut pursuant to Connecticut General Statutes § 4-160(b), the plaintiff has failed to state a claim upon which relief may be granted.

**SEVENTH AFFIRMATIVE DEFENSE**

The State of Connecticut nor its employees and agents are immune from suit brought under the Americans with Disabilities Act.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this  8th  day of April 2004 to:

Richard Roque, Inmate No. 202380  
Radgowski Correctional Institution  
982 Norwich-New London Turnpike  
P.O. Box 980  
Uncasville, CT 06382

                                    /s/_____  
                                Neil Parille  
                                Assistant Attorney General