## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROCQUE | : | PRISONER |
| | : | NO. 3:02CV1808(JCH)(HBF) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | JULY 19, 2004 |

### THE DEFENDANTS' MOTION FOR EXTENSION OF
### TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rules of Civil Procedure 7(b) & (d), the defendants move for a one month extension of time (until September 13, 2004) to file their motion for summary judgment.

1. The defendants' motion for summary judgment is due on August 12. The undersigned will be on vacation at that time, which makes submitting the summary judgment motion in a timely fashion most difficult considering that many affidavits may be required.

2. The undersigned has begun drafting the motion for summary judgment and securing the necessary affidavits, and therefore does not anticipate requesting any further extensions.

3. The undersigned has not contacted the plaintiff, who is pro se and incarcerated, concerning his position with respect to this motion.

4. This is the first request for an extension of time with respect to this deadline.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

                              DEFENDANTS,
                              John Armstrong, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


                             BY:_____
                              Neil Parille
                              Assistant Attorney General
                              Fed. Bar No. 15278
                              110 Sherman Street
                              Hartford, CT  06105
                              Telephone No.:  (860) 808-5450
                              Fax No. (860) 808-5591
                              E-mail:  neil.parille@po.state.ct.us

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 19th day of July, 2004, to:

Richard Roque, Inmate No. 202380
Willard Cybulski Correctional Institution
391 Shaker Road
Enfield, CT  06082


                              _____
                              Neil Parille
                              Assistant Attorney General