UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD ROCQUE

VS.

No. 3:02CV1808(JCH)(HBF)

JOHN ARMSTRONG ET AL,   July 26, 2004.

## OBJECTION TO DEFENDANTS MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedures, Local Rules of Civil Procedures, and the Americans with Disabilities Act, of 42 U.S.C. §12101 et seq; the Rehabilitation Act, of 1973, 29 U.S.C. §791 et seq; and 42 U.S.C. §1983, the Plaintiff, pro se, respectfully moves that in light of the Court and of the Plaintiff-pro se, he has already established physical, mental, and emotional injuries.

Therefore Federal Law is base on ending a

Unlawful, wrongful, formal dispute.

Respectfully Submitted,

By: /s/ Richard Roque

Richard Roque, Plaintiff pro se,

Willard Corr. Inst.
391 Shaker Road
Enfield, CT 06082.

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this day of July 26, 2004 to:

Neil Parille
Assistant Attorney General
Fed. Bar No. 15278
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
E-Mail: neil.parille@po.state.ct.us.

Plaintiff Pro se: R.R.

## CONCLUSION

For the unlawful, and for the foregoing reasons, Plaintiff, respectfully request, that their motions for extensions be denied.

x *Richard Roque*
Richard Roque, pro se
Plaintiff,