UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER |
| | : | NO. 3:02CV1808(JCH)(HBF) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 8, 2004 |

**THE DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rules of Civil Procedure 7(b) & (d), the defendants move for a two week extension of time (until September 27, 2004) to file their motion for summary judgment.

1. The defendants' motion for summary judgment is due on September 13.

2. The undersigned has completed the memorandum in support of his for summary judgment but now realizes that an affidavit will be needed from a Department of Correction employee who will be returning from vacation on approximately September 20.

3. The undersigned has not contacted the plaintiff, who is pro se and incarcerated, concerning his position with respect to this motion.

4. This is the second request for an extension of time with respect to this deadline.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

                    DEFENDANTS,
                    John Armstrong, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: /s/_____
     Neil Parille
     Assistant Attorney General
     Fed. Bar No. 15278
     110 Sherman Street
     Hartford, CT  06105
     Telephone No.: (860) 808-5450
     Fax No. (860) 808-5591
     E-mail: neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 8th day of September, 2004, to:

Richard Roque, Inmate No. 202380
Radgowski Correctional Institution
982 Norwich-New London Turnpike.
Uncasville, CT  06382

     /s/_____
     Neil Parille
     Assistant Attorney General