# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER |
| | : | NO. 3:02CV1808(JCH) |
| VS. | : | |
| | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 24, 2004 |

## **THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), the defendants move for summary judgment against the plaintiff's amended complaint ("complaint") dated March 2, 2004.  The plaintiff alleges in his complaint that the defendants have been deliberately indifferent to his medical needs in violation of his rights secured by 42 U.S.C. § 1983 and that the defendants have violated his rights pursuant to the Rehabilitation Act, 29 U.S.C. § 701 et seq. and the Americans with Disabilities Act, 42 U.S.C. §  12101 et seq.

The defendants assert that there are no material issues fact in dispute concerning the following:

1. They defendants have no personal involvement with the provision of medical care and therefore are not proper parties to a 42 U.S.C. § 1983 action.

2. With respect to the Americans with Disabilities Act and the Rehabilitation Act, the individual defendants are immune from suit in their individual capacity.

3. The plaintiff has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act and may not proceed on this action in federal court.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

                    DEFENDANTS,
                    John Armstrong, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


BY:__/s/_____
    Neil Parille
    Assistant Attorney General
    Federal Bar No. ct15278
    110 Sherman Street
    Hartford, CT  06105
    Telephone No.:  (860) 808-5450
    Fax No.: (860) 808-5591
    E-mail:  neil.parille@po.state.ct.us


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 24th day of September, 2004 to:

Richard Roque, Inmate No. 202380
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT 06082

Kenneth Speyer, Esq.
Inmates' Legal Assistance Program
78 Oak Street, PO Box 260237
Hartford, CT  06126


___/s/_____
Neil Parille
Assistant Attorney General

2