# EXHIBIT "A"

```
MOVEMENTS      NUMBER:    202380      NAME:   ROQUE,RICHARD              PAGE   1
FILE:  WILLARD-CYBULSKI CI            MED FILE:  BRIDGEPORT CCC
                                       DATE     SEQ    LOCATION         JUR STA
TRANSFER AMONG DOC LOCATIONS          6/01/2004  1   142 WILLARD-CYBUL   142  G
TRANSFER AMONG DOC LOCATIONS          9/25/2003  1   124 CORR/RAD CC     124  G
TRANSFER AMONG DOC LOCATIONS          4/24/2002  1   125 CHESHIRE CC     125  G
TRANSFER AMONG DOC LOCATIONS          3/28/2002  1   114 MCDGL/WLKR CI   114  G
START SERVING SENTENCE (1+)           3/21/2002  1   123 BRIDGEPORT CC   123  G
READMISSION, CONTINUED                3/18/2002  1   123 BRIDGEPORT CC   123  U
UNSENTENCED DISCHARGE ON BOND         1/04/2002  1   940 DCHG TO BOND    940  U
READMISSION, CONTINUED               12/13/2001  1   123 BRIDGEPORT CC   123  U
DISCHARGED, SENTENCE TIME SERVED      3/01/2001  1   900 DISCHARGE       900  G
TRANSFER AMONG DOC LOCATIONS          8/27/1999  1   115 OSBORN CCI      115  G
TRANSFER AMONG DOC LOCATIONS          8/24/1999  1   116 ROBINSON CI     116  G
TRANSFER AMONG DOC LOCATIONS          4/21/1999  1   125 CHESHIRE CC     125  G
TRANSFER AMONG DOC LOCATIONS          3/04/1999  1   137 MCDGL/WLKR CI   137  G
TRANSFER AMONG DOC LOCATIONS          2/01/1999  1   114 MCDGL/WLKR CI   114  G
START SERVING SENTENCE (1+)           1/21/1999  1   122 NEW HAVEN CCC   122  G
READMISSION, CONTINUED                9/02/1997  1   122 NEW HAVEN CCC   122  U
DISCHARGED, SENTENCE TIME SERVED     11/04/1996  1   900 DISCHARGE       900  L

Z108   9/08/2004    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00202380                  ENTER FOR NEXT PAGE


MOVEMENTS      NUMBER:    202380      NAME:   ROQUE,RICHARD              PAGE   2
FILE:  WILLARD-CYBULSKI CI            MED FILE:  BRIDGEPORT CCC
                                       DATE     SEQ    LOCATION         JUR STA
TRANSFER AMONG DOC LOCATIONS         10/30/1996  1   117 WILLARD CI      117  L
START SERVING SENTENCE (1-)           9/13/1996  1   123 BRIDGEPORT CC   123  L
READMISSION, CONTINUED                8/07/1996  1   123 BRIDGEPORT CC   123  U
DISCHARGE FROM TRANS SUPV            12/08/1995  1   900 DISCHARGE       900  L
TRANSFER TO TRANSITIONAL SUPVR        9/05/1995  1   3BD CS3-ELLERBEE    303  L
SENTENCED BY COURT                    7/10/1995  1   123 BRIDGEPORT CC   123  L
START SERVING SENTENCE (1-)           4/10/1995  1   123 BRIDGEPORT CC   123  L
READMISSION, CONTINUED                3/20/1995  1   123 BRIDGEPORT CC   123  U
DISCHARGED, DID NOT RETURN FROM COURT 1/26/1994  1   900 DISCHARGE       900  U
READMISSION, CONTINUED               12/10/1993  1   123 BRIDGEPORT CC   123  U
DISCHARGED, DID NOT RETURN FROM COURT 10/21/1992 1   900 DISCHARGE       900  U
READMISSION, CONTINUED               12/09/1991  1   123 BRIDGEPORT CC   123  U
DISCHARGED, SENTENCE TIME SERVED      3/18/1991  1   910 D/CHG ALL SNT   910  L
START SERVING SENTENCE (1-)           3/15/1991  1   123 BRIDGEPORT CC   123  L
READMISSION, CONTINUED                3/08/1991  1   123 BRIDGEPORT CC   123  U
DISCHARGED, DID NOT RETURN FROM COURT 2/04/1991  1   900 DISCHARGE       900  U
NEW ENTRY,ACCUSED-CONTINUED           1/28/1991  1   123 BRIDGEPORT CC   123  U

Z108   9/08/2004    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60          END

TRANSACTION: P/N     NUMBER:  00202380
```