# EXHIBIT "B"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER |
| | : | |
| | : | CASE NO. 3:02CV1808(JCH) |
| V. | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : | |

### AFFIDAVIT OF CHARLES KNIGHT

Charles Knight, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction ("DOC").

2. I am stationed at the Cheshire Correctional Institution ("Cheshire"). I am familiar with the day-to-day operations of the Cheshire facility. I hold the rank of captain.

3. John Armstrong was the Commissioner of Correction for the State of Connecticut from 1995 to 2003.

4. Hector Rodriguez was the Warden of Cheshire from 2001 to 2003.

5. I am familiar with the provision of medical care at Cheshire. The diagnosis and treatment of medical conditions is the responsibility of medical staff. The Inmate Handbook provided to inmates informs them that the appropriate manner to access non-emergency health care is to sign up for sick call.

6. Counselor Supervisor Hannah, Correctional Treatment Officer Bailey, Officer Gethers, and Officer Sanders are currently stationed at Cheshire. Upon information and belief, they have never been members of the medical staff.

7. Counselor Supervisor Ahmed is retired. Upon information and belief, she was not a member of the Cheshire medical staff.

8. I am not a member of the medical staff and am not a medical professional.

I, Charles Knight, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Charles Knight

Subscribed and sworn to, before me, this 24 day of September, 2004.

_____
Notary

Notary Commission Stamp
C. Hickman
Commission Expires 10/31/2006

2