# EXHIBIT "C"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUE | : PRISONER |
| | : |
| V. | : CASE NO. 3:02CV1808(JCH) |
| | : |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : |

### AFFIDAVIT OF PAUL DEFELICE

Paul DeFelice, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction ("DOC").

2. I hold the rank of Correctional Treatment Officer. I have been stationed at the Cheshire Correctional Institution ("Cheshire") since December 14, 2002.

3. I am the Grievance Coordinator for Cheshire. I am familiar with the process by which grievances are filed and responded to. I am also familiar with how they are stored in the ordinary course of business at Cheshire.

4. When an inmate files a grievance, that grievance is noted in a log book, which is kept at Cheshire. Copies of grievances filed by Cheshire inmates are kept at Cheshire, even if the inmate is transferred to another facility.

5. As part of my responsibilities, I access DOC records, including grievances and grievance logs, to respond to judicial and other requests.

6. I have reviewed the grievance logs for Cheshire inmates from the time period of January 1, 2000 through January 1, 2004. There are no grievances logged in for Richard Roque, Inmate 202380. Had Mr. Roque filed a grievance, it would have been noted in the grievance logs.

I, Paul DeFelice, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

*Paul DeFelice* (signature)
C.T.O. Paul DeFelice

Subscribed and sworn to, before me, this 14th day of September, 2004.

*(notary signature)* Exp 1/31/06
Notary