# EXHIBIT "D"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUE | : PRISONER |
| | : |
| | : CASE NO. 3:02CV1808(JCH) |
| V. | : |
| | : |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : |

### AFFIDAVIT OF VIRGINIA TURNER

Virginia Turner, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction ("DOC").

2. I am a Registered Nurse, licensed to practice in the State of Connecticut. I have been stationed at the Willard-Cybulski Correctional Institution since 1999.

3. I am the medical Grievance Coordinator for Willard-Cybulski. I am familiar with the process by which grievances are filed and responded to. I am also familiar with how they are stored in the ordinary course of business at Willard-Cybulski

4. When an inmate files a grievance, that grievance is noted in a log book, which is kept at Willlard-Cybulski.

5. As part of my responsibilities, I access DOC records, including medical grievances and grievance logs, to respond to judicial and other requests.

6. I have reviewed the grievance logs for Willard-Cybulski from June 1, 2004 until the present. There are no grievances logged in for Richard Roque, Inmate 202380. Had Mr. Roque filed a grievance, it would have been noted in the grievance logs.

I, Virginia Turner, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Virginia Turner, R.N.

Subscribed and sworn to, before me, this 22nd day of September, 2004.

_____
NEIL PARILLE
Commissioner of the Superior Court

2