UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER |
| | : | NO. 3:02CV1808(JCH) |
| VS. | : | |
| | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 24, 2004 |

## THE DEFENDANTS' LOCAL RULE 56(A)(1) STATEMENT

The defendants respectfully represent, pursuant to Local Rule 56(a)(1) that the following material facts are not in dispute:

1.  The plaintiff was at all times relevant to this complaint an inmate confined to the custody of the Connecticut Department of Correction ("DOC").

2.  The defendants in this action are the State of Connecticut, former DOC Commissioner John Armstrong, former Warden of Cheshire Correctional Institution ("CCI") Hector Rodriquez, Unit Manager Hannah (named "Hanna" in the complaint), Captain Knight, Correctional Treatment Officer Bailey, Officer Sanders, Officer Gethers, and Officer Ahmed (named "Hamed" in the complaint).

3.  None of the individual defendants is a health professional or a member of the DOC medical staff. (Knight Aff., ¶ 6-8.)

4.  Responsibility for the treatment of medical issues does not rest on custodial staff, such as the named defendants, but on medical staff. (Id., ¶ 5.)

5.  The plaintiff arrived at Cheshire on April 24, 2002. (Pl.'s Movement Sheet).

6. The plaintiff remained at Cheshire until September 25, 2003, at which time he was transferred to the Corrigan Correctional Institution. (Id.)

7. While confined at Cheshire, the plaintiff did not file any grievances concerning any alleged failure of the defendants to accommodate a disability. (DeFelice Aff.)

8. The individual defendants did not interfere with the plaintiff's access to medical care. (Complaint.)

9. The plaintiff has been confined to the Willard-Cybulski Correctional Institution ("Willard-Cybulski") since June 1, 2004. (Pl.'s Movement Sheet.)

10. Since the start of the plaintiff's confinement at Willard-Cybulski, the plaintiff has not filed any grievances concerning his medical treatment. (Turner Aff.)

11. DOC medical personnel have not been deliberately indifferent to the plaintiff's medical treatment. (Complaint, ¶¶ 53-57.)

> DEFENDANTS,
> John Armstrong, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:__/s/_____
> Neil Parille
> Assistant Attorney General
> Fed. Bar No. 15278
> 110 Sherman Street
> Hartford, CT  06105
> Telephone No.: (860) 808-5450
> Fax No. (860) 808-5591
> E-mail: neil.parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 24th day of September, 2004 to:

Richard Roque, Inmate No. 202380
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT 06082

Kenneth Speyer, Esq.
Inmates' Legal Assistance Program
78 Oak Street, PO Box 260237
Hartford, CT 06126

                                    ___/s/_____
                                    Neil Parille
                                    Assistant Attorney General