FILED

2004 OCT -7 P 4: 21

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE, | : | PRISONER CASE |
| *Plaintiff* | : | Civil No. 3:02CV1808 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, *et. al.*, | : | October 5, 2004 |
| *Defendants* | | |

**MOTION FOR ENLARGEMENT OF TIME**

The Plaintiff, Richard Roque, *pro se*, respectfully moves for an enlargement of time of sixty (60) days, until December 16, 2004, to respond to the Defendants' Motion to Dismiss in this action.

The Defendants, through their counsel, Atty. Neil Parille have consented to this request for enlargement of time, in a telephone conversation with Atty. Kenneth J. Speyer on September 27, 2004.

In the event that this Motion fails to reach the Court within 20 days from the filing date of the Motion to Dismiss, the Plaintiff respectfully requests that this Request for Extension of Time be granted *nunc pro tunc.* This motion is being mailed to the Plaintiff for signature on

September 28, 2004. The Plaintiff is dependent upon the prison mail system to receive this motion from Inmates' Legal Assistance Program, and to submit the signed motion to the Court.

Respectfully submitted,

X *[signature]*

Richard Roque, Plaintiff, *pro se*
Inmate # 202380
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

    The undersigned, although not authorized to appear herein, has assisted in preparing this Motion.

*[signature]*

Kenneth J. Speyer, Esq.,
Staff Attorney
Inmates' Legal Assistance Program
78 Oak Street
P. O. Box 260237
Hartford, CT 06106-0237
(800) 301-4527 or (860) 246-1118

    I hereby certify that a true copy of the foregoing was mailed on October 5, 2004, to:

Atty. Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

X *[signature]*
Richard Roque