original,

FILED

2004 DEC 15 P 12: 52

U.S. DISTRICT COURT
BRIDGEPORT. CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RICHARD ROQUE,                          :        PRISONER CASE
     *Plaintiff*                        :        Civil No. 3:02CV1808 (JCH)
                                        :
          VS.                           :
                                        :
JOHN ARMSTRONG, *et. al.,*              :        December 13, 2004
     *Defendants*

## MOTION FOR SECOND ENLARGEMENT OF TIME

The Plaintiff, Richard Roque, *pro se*, respectfully moves for a second enlargement of time of one hundred twenty (120) days, until April 15, 2004, to respond to the Defendants' Motion to Dismiss in this action.

The Defendants, through their counsel, Atty. Neil Parille consented to this request for enlargement of time, in a telephone conversation with Atty. Kenneth J. Speyer on December 2, 2004.

The Plaintiff was notified on December 1, 2004, that he has been granted parole, effective December 3, 2004. As a consequence of this change in status, Inmates' Legal Assistance

Program is no longer permitted to assist the Plaintiff in responding to the Defendants' Motion for Summary Judgment. The Plaintiff will need time to obtain appointed counsel or private counsel in this action, and such counsel will need time to familiarize himself or herself with this action and to prepare a proper response to the Motion for Summary Judgment.

The Plaintiff's response to said Motion for Summary Judgment is substantially incomplete, for reasons beyond the Plaintiff's control. Defense counsel agreed in September to provide Inmates' Legal Assistance Program with copies of the Defendants' response to the Plaintiff's Request for Production. These documents, which weigh nearly four (4) pounds, were not received by Inmates' Legal Assistance until December 2, after the Plaintiff had been notified of his parole. The parties had also begun settlement discussions in this case. Attorney Speyer, who has been assisting the Plaintiff within Inmates' Legal Assistance, is employed only part time by Inmates' Legal Assistance, with a substantial caseload of other inmates in need of assistance, and consequently has been limited in the amount of time he could devote to this matter.

In the event that this Motion fails to reach the Court before the expiration of the previous extension of time, the Plaintiff respectfully requests that this Request for Extension of Time be

granted *nunc pro tunc*.  The Plaintiff did not obtain a mailing address, to which this motion could

be mailed for his signature, until December 7, 2004.

Respectfully submitted,

Richard Roque, Plaintiff,/*pro se*
c/o Thomas Merton Center
43 Madison Avenue
Bridgeport, CT   06604-3334

The undersigned, although not authorized to appear herein, has assisted in preparing this Motion.

Kenneth J. Speyer, Esq.,
Staff Attorney
Inmates' Legal Assistance Program
78 Oak Street
P. O. Box 260237
Hartford, CT   06106-0237
(800) 301-4527 or (860) 246-1118

I hereby certify that a true copy of the foregoing was mailed on Dec. 13, 2004, to:

Atty. Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT   06105

Richard Roque

3