Original

JAN 28 2005

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB -8 P 3:27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**Richard Roque**
Name of Plaintiff/Petitioner

v.                                             Case No. 3:02CV1808(JCH)

**Comm. John Armstrong et al.**
Name of Defendant/Respondent

### MOTION FOR APPOINTMENT OF COUNSEL

#### PERSONAL/FINANCIAL DATA

1. Your full name: **Richard Roque**

   Your present mailing address: **50 Nichols Street Fairfield, CT 06824**
   **Any Mailing or Atty. Appearance will be in the "above" address"**

   Telephone number: **(203) 255-5837**

2. Are you presently employed?  YES ___  NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. **None**

   **Homeless. Disabled.**

   Weekly earnings: **None**

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. **None**

Date last worked: None.

Weekly earnings: None.

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? None.

   b) interest, dividends, rents or investments of any kind? None.

   c) gifts or inheritances of any kind? None.

6. How much money do you have in any checking or savings account(s)?

   Checking: None.

   Savings: None.

   Prison account: None.

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: None.

8. How much money do you owe others? None.

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | None. | None. |

9. List the persons who depend upon you for support, and state your relationship to them.

JASMINE ANN. ROGUE. "My child."

RICHARD ROGUE'S "child." (Above).

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓.

If the answer is YES, please provide the following information for each such person:

Name: None.

Relationship: None.

Employer: None.

Weekly Earnings: None.

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. (Upon my release of incarceration) as well as my conditions of Americans with disabilities Act). Being, Physical/Mentally disabled. Low income (federal funding) (ADA). Other Homeless living in shelter. Seeking a federal/or State Assistance Sources of any kind or type concerning Mr. Roque's life condition(s). Thank you!

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. Pursuant to the Americans with Disabilities Act, 42 U.S.C. §12101 et. seq; the Rehabilitation Act of 1973, 29 U.S.C. §791 et.seq; 42 USC §1983, 28 USC §1343 (a)(3), and 28 U.S.C. §1367.

(Additional space on next page)

3

Prison conditions, Plaintiff's disabilities conditions, being tortured by Prison system and violating his (Americans with Disabilities Act) while being incarcerated depriving him from equal Protection of law. Greatly impaired requiring reasonable accommodations denying extensive Medical treatment, as well as living conditions, (being in Control, adopted, and in Custody by the Prison system).

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓  NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Atty. Mr. FRANK J. RICCIO, LLC.

   Date you contacted this attorney  Approx. on 1/15/05.

   Method of contact (in person, by telephone, etc.)  In person. (Appointment).

   Reason why attorney was not employed to handle your case  Does not handle these kind of cases.

   b) Attorney's name  Atty. Tys. TINA SYPEK D'AMATO, Esq.

   Date you contacted this attorney  Approx. on 12/8/05.

   Method of contact (in person, by telephone, etc.)  In person.

   Reason why attorney was not employed to handle your case  Does not handle these kind of cases.

4

c) Attorney's name <u>Atty. Mr. FREDERICK D. PAOLETTI, JR.</u>

Date you contacted this attorney <u>Approx. on 12/25/05.</u>

Method of contact (in person, by telephone, etc.) <u>In person (Appointment).</u>

Reason why attorney was not employed to handle your case <u>Does not handle these type of cases.</u>

15. Explain any other efforts you have made to obtain an attorney to handle your case.
<u>Telephone book, in the (yellow pages).</u>
<u>Federal Services on line. (Speaking) Atty's.</u>
<u>Help Line (Speaking) to Atty's.</u>
<u>Recommendations by other Atty's.</u>
<u>Seeking friends, people, and family with Atty's'.</u>

16. Please provide any other information which supports your application for the court to appoint counsel. <u>The Federal Court has provided Mr. Rogue, with Atty's' because of his physical as well as Mentally Conditions that deprives him from representing himself pro-se, in any law matter, in the Court Justice sytem and of the ADA Act Americans with Disabilities reform Act ect —).</u>

17. Do you need a lawyer who speaks a language other than English?
YES <u>✓</u> NO ___ <u>(If Court can).</u>

If you answered YES, what language do you speak? <u>Hispanic/or fully Latino.</u>

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_2/7/05_  
Date

x_Richard Rogue_  
Original Signature of Movant

## CERTIFICATION

I hereby certify that a true copy of the foregoing was sent on this 7th day of Febuary, 2005, to:

Neil Parille  
Assistant Attorney General  
Feb. Bar No. 15278  110 Sherman Street  
Hartford, CT 06105

x_Richard Rogue_  
Richard Rogue, Plaintiff

6

## AUTHORIZATION

I, Richard Roqué, hereby authorize and request that Inmates' Legal Assistance Program provide information concerning me and/or my legal case(s) to any attorney who requests such information, and who states that he or she, or his or her law firm, is representing me or considering representing me in any of my legal cases.

This authorization will expire one year from the date shown below, unless sooner revoked by me in writing.

January 17, 2005                    x _____
                                         Richard Roqué