original,

MAY - 4 2005

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2005 MAY 19 D 4: 39

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RICHARD ROQUE       :       PRISONER CASE
  Plaintiff.        :       Civil No. 3:02CV1805(JCH).
                    :
V.                  :
                    :
JOHN ARMSTRONG et.al.,  :   MAY 1, 2005.

## MOTION FOR THIRD ENLARGEMENT OF TIME

The Plaintiff, Richard Roque, pro se, respectfully moves for a third enlargement of time of SIXTY (60) days until June 6, 2005, to respond to the defendant's Motion to Dismiss in this action. The defendant's through their counsel, Atty. Neil Parille have consented to this request for enlargement of time, in a telephone conversation with the Plaintiff, pro se, Mr. Roque Richard on April 29, 2005.

In the event this motion fails to reach the court is that

documents from Atty. Kenneth J. Speyer, Inmates Legal Assistance so that the Plaintiff, pro se, can respond to the defendants, motion on time.

The defendant's Atty. Neil Parille has complyed, with the Plaintiff's discovery request.

The Plaintiff has the discovery documents, as well as the Americans with Disabilities documents and also the (DOCS) medical file.

The Plaintiff will file a respond to the defendants Motion and will submit evidence that he has exhausted the administrative remedies and grievances requests.

At this time the Plaintiff possesses documents, on this

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed on May 1, 2005, TO:

Atty. Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105,

BY: Respectfully Submitted,

Richard Roque

Richard Roque, Plaintiff pro se,
OPERATION HOPE 50 Nichols Street
Fairfield, CT 06824.

cc: RR.