UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUE | |
| | PRISONER |
| V. | CASE NO. 3:02CV1808 (JCH) (HBF) |
| JOHN ARMSTRONG, ET AL. | |

## RULING AND ORDER

The plaintiff seeks an extension of time to file a response to defendants' motion for summary judgment. The defendants' do not object to the motion. The Motion [**doc. # 46**] is **GRANTED**. The plaintiff shall file his response to the motion for summary judgment on or before **June 13, 2005**.

SO ORDERED this 10th day of June, 2005 at Bridgeport, Connecticut.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge