UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 JUN 24 P 2:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

RICHARD ROGUE
PLAINTIFF

Case No.
CIVIL NO. 3:02CV1808(JCH)

V.

JOHN ARMSTRONG ET, AL.    June 20, 2005.

## MOTION FOR FOURTH ENLARGEMENT OF TIME

The Plaintiff, Richard Rogue, pro se, respectfully moves for a fourth enlargement of time of Thirty (30) days: to respond to the defendant's Motion to Dismiss in this action.

The defendants through their Counsel, Atty. Parille have consented to this request.

In the event that the Motion fails to Reach the Court is that the Plaintiff has a new address and had not recieved the papers from the Court.

to Dismiss and will end this case, with the documents.

cc: st

*Richard Rogue*, pro se,

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing motion was mailed on June 20, 2005 to:

Atty. NEIL PARILLE
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

cc: RR

By: Respectfully Submitted,

_Richard Rogue_
Richard Rogue, pro se