UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUL -6 P 12: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

RICHARD ROGUE

V.

COMMISSIONER JOHN ARMSTRONG ET, AL,

CASE
NO. 3:02CV1808 (JCH)

JULY 6, 2005.

THE PLAINTFFS' MOTION TO RESPOND TO THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT PROCEDURE 56 (C).

The Plaintiff assert that there are material issues facts in dispute, concerning the following:

1. They defendants' have personal involvement with the provision of medical care and therefore are proper parties, to a 42 U.S.C. §1983 action. See 42 U.S.C. 12101 et seg (1994) (ADA) provides such individual with a disability, be not excluded from participation / or be denied the benefits, of the, services, programs, or activities. See especially 42 U.S.C. §12131-12132.

2. With respect to the Americans with Disabilities Act and the Rehabilitation Act, the individuals defendants' are not immune from suit in their individual capacity. See city of Canton V. Harris 489 U.S. 378, 390 (1989) at all times relevant to this lawsuit, the defendants' in their individual capacity/or offical capacity, didnot carried out their duties as with the unreasonably good faith belief, that they were acting unlawfully and there fore are not entitled to qualificild immunity. See also - Gomez V. Vernon 255 F.3d 1118, 1127 (9Th cir.2001) prison Department policy and custom led to constitutional violation, because administrators who were aware of retaliation complaints, failed to investigate complaints

or discipline officers, involved).

3. The plaintiff didnot failed but tried to exhaust his administrative remedies as required by the prison Litigation Reform Act and therefore may proceed on this action in federal court.

4. The individuals defendants' did interfere, with the Plaintiff's access to medical care.

PLAINTFF,
RICHARD ROGUE,

BY: Richard Rogue
Richard Rogue, pro se,

CERTIFICATION

I hereby certify that a copy of the foregoing was sent to the parties consel, on JULY 6, 2005 TO:

Atty. Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105.

x Richard Rogue
Richard Rogue
pro se

-3-