UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD ROQUE
                                              PRISONER
V.                              CASE NO. 3:02CV1808 (JCH) (HBF)

JOHN ARMSTRONG, ET AL.

## RULING AND ORDER

The plaintiff sought an extension of time until July 20, 2005, to file a response to defendants' motion for summary judgment. The defendants' did not object to the motion. The Motion [**doc. # 48**] is **GRANTED** nunc pro tunc. The plaintiff filed his response on July 6, 2005.

SO ORDERED this 4th day of August, 2005 at Bridgeport, Connecticut.

                                                    _____/s/_____
                                                    Holly B. Fitzsimmons
                                                    United States Magistrate Judge