UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER |
| | : | NO. 3:02CV1808(JCH) |
| VS. | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : | OCTOBER 25, 2005 |

## THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule of Civil Procedure 9(b) the defendants move for a thirty-day extension of time (until November 29, 2005) to file a renewed motion for summary judgment against the remaining claims in this case. The defendants further represent as follows:

1. By ruling dated September 29, 2005, the court granted in part and denied in part the defendants' motion for summary judgment against the plaintiff's complaint. The court held that the plaintiff created an issue of fact concerning his exhaustion of administrative remedies.

2. The court granted the remaining defendants thirty days to file a new summary judgment against the remaining claims.

3. The undersigned counsel has been particularly busy as of late preparing for a trial before Magistrate Judge Donna Martinez next week. This and other matters have made filing the motion by October 29, 2005 particularly difficult.

4. For this reason the undersigned requests an extension of time of thirty days to file a new motion for summary judgment. This is the first request with respect to this motion.

5. Because the plaintiff is pro se, he has not been contacted concerning this request.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

        DEFENDANTS,
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:__/s/_____
     Assistant Attorney General
     Fed. Bar No. 15278
     110 Sherman Street
     Hartford, CT  06105
     Telephone No.:  (860) 808-5450
     Fax No. (860) 808-5591
     E-mail:  neil.parille@po.state.ct.us


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 25th day of October 2005, to:

Richard Roque
373 Noble Avenue
Bridgeport, CT 06608

     __/s/_____
     Neil Parille
     Assistant Attorney General