UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD ROGUE
PLAINTIFF

CASE CIVIL NO.
3:02CV1808 (JCH)

V.

JOHN ARMSTRONG et al.
DEFENDANTS.

JULY 26, 2005.

FILED
2005 OCT 27 P 3:38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO SUBMIT ALL EVIDENCE

On the above name and captioned matter the plaintiff, Richard Rogue, is submitting all evidence concerning this case.

The court should find all documents/or other papers, facts, evidence, and merits concerning this complaint.

Respectfully Submitted,
By: Richard Rogue
Richard Rogue, pro se

(Keep for Records or Jury trial).

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was sent on October 26, 2005 to:

NEIL PARILLE
ASSISTANT ATTORNEY GENERAL
FEDERAL BAR NO. CT 15278
110 SHERMAN STREET
HARTFORD, CT 06105

*Richard Rogue*
Richard Rogue, pro se