UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE | : | PRISONER<br>NO. 3:02CV1808(JCH) |
| | : | |
| VS. | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : | NOVEMBER 28, 2005 |

### THE DEFENDANTS' MOTION TO STAY CASE

In the within case the plaintiff, formerly an inmate confined to the custody of the Department of Correction, has sued the State of Connecticut and various Department of Correction officials arguing that they failed to accommodate his alleged disability in violation of the Americans with Disabilities Act ("ADA"), the Rehabilitation Act, and 42 U.S.C. § 1983.

On September 29, 2005, the District Court granted in part the defendants' motion for summary judgment. The Court held that issues of fact remained concerning the ADA and the Rehabilitation Act claims against the state and the 42 U.S.C. § 1983 case against one of the defendants, Captain Knight.

The defendants hereby moves to stay this case pending the outcome of the case of Goodman v. Georgia, No. 04-1236, which is currently pending before the United States Supreme Court. In Goodman the Supreme Court will determine whether the ADA applies within the correctional setting. This ruling may resolve all or some of the issues remaining in this case. The Supreme Court recently heard oral argument.

Because the within case has not been scheduled for trial, granting the Motion To Stay will not unduly delay this matter.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-mail:  neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 28th day of November 2005, to:

Richard Roque
373 Noble Avenue
Bridgeport, CT 06608


___/s/_____
Neil Parille
Assistant Attorney General