UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 DEC -8 P 1: 28

| | |
|---|---|
| RICHARD ROQUE | : PRISONER |
| | : NO. 3:02CV1808(JCH) |
| VS. | : |
| | : |
| COMMISSIONER JOHN ARMSTRONG, ET AL. | : NOVEMBER 30, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

PLAINTIFF,
Richard Rogue

BY: /s/ Richard Rogue
Richard Rogue
373 Noble Avenue
Bridgeport, CT 06608


DEFENDANTS,
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: Neil Parille
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-mail: neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 6th day of December, 2005 to:

Richard Roque
373 Noble Avenue
Bridgeport, CT  06608

_____
Neil Parille
Assistant Attorney General